UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR14 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 2)YURI PEREZ-HERRERA | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the Defendant Yuri Perez-Herrera only.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED** and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Yuri Perez-Herrera only.

The Clerk is directed to transmit this Order electronically to Defendant's attorney, the U.S. Probation Office, the U. S. Attorney's Office, and the U.S. Marshal's Office.

Signed: May 8, 2008

Lacy H. Thornburg
United States District Judge